**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Texas Department of Family and Protective Services,
                         Relator

Appellate case numbers:  01-18-00717-CV, 01-18-00718-CV, and 01-18-00719-CV

Trial court case numbers: 2013-18197, 2014-23449, and 2018-35870

Trial court:             246th District Court of Harris County

On August 10, 2018, relator, Texas Department of Family and Protective Services, filed three related petitions for writs of mandamus seeking to compel the respondent district judge to hold adversary hearings in the underlying suits affecting the parent-child relationships. Relator has included a record with each petition. *See* TEX. R. APP. P. 52.7.

With each petition, relator also filed an opposed "Motion for Stay Pending Petition for Writ of Mandamus," seeking a temporary, emergency stay of the underlying proceedings, pending disposition of these petitions. Relator's motions contain the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motions and **ORDERS** that the three underlying trial court proceedings are **stayed**. *See* TEX. R. APP. P. 52.10(b). These stays are effective until the petitions in this Court are finally decided or this Court otherwise orders the stays lifted. *See* TEX. R. APP. P. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to each of the petitions for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The responses, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: __/s/ Laura Higley_____

                   X̲ Acting individually     ☐ Acting for the Court

Date: August 14, 2018